IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02753-RPM

ISSA H. A. CARSON,

    Plaintiff,

v.

CENTURA HEALTH CORPORATION, LITTLETON ADVENTIST HOSPITAL,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [16] filed May 10, 2012, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 11th, 2012

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge